**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Gouya A. Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
[Additional Attorneys On Signature Page]

Attorneys for Plaintiff
TAMMY HUSSIN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY HUSSIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEB.COM GROUP, INC., Defendant a Delaware Corporation,<br><br>Defendant | Case No. **3:14-cv-02612-DMS-NLS**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**(a)(1) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff Tammy Hussin, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*.  Defendant Web.com Group, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.   Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

Dated:  February 19, 2015                 KAZAROUNI LAW GROUP, APC


                                          */s/ Abbas Kazerounian*
                                          Abbas Kazerounian, Esq. (SBN: 249203)

                                          Attorneys for Plaintiff
                                          TAMMY HUSSIN

*Additional counsel for Plaintiff*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

NOTICE OF DISMISSAL WITH PREJUDICE
3:14-CV-02612-DMS-NLS